IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|          Plaintiff,             ) | |
|                                 ) | |
|     vs.                         ) | Cause No. 4:16CR00528 AGF - PLC |
|                                 ) | |
|                                 ) | |
| TODD BECKMAN,                   ) | |
|                                 ) | |
|          Defendant.             ) | |

### REQUEST FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

COMES NOW Defendant, by and through counsel, and respectfully requests leave to file Exhibit A to Defendant's Motion to Suppress (93 pages of Medical Records with accompanying business records affidavit) under seal before this Honorable Court due to the records containing sensitive privileged medical information regarding Defendant.

Respectfully submitted,

SINDEL, SINDEL & NOBLE P.C.

/s/ GRANT C. BOYD
GRANT C. BOYD #67362MO
Attorney for Defendant
8000 Maryland Ave., Ste. 350
Clayton, MO  63105
314-721-6040/314-721-8545 Fax

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2017, a copy of the foregoing **REQUEST FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** was filed electronically with the Clerk of the Court in the United States District Court, Eastern District of Missouri and to be served by the operation of the Court's electronic filing system upon all attorneys of record and emailed to AUSA John Davis.

/s/ GRANT C. BOYD