UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:16CR00528 AGF (PLC) |
| TODD BECKMAN, | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Defendant Todd Beckman's motion to suppress statements and evidence (ECF No. 104) and amended motion to suppress statements and evidence (ECF No. 107). Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Patricia L. Cohen.

An evidentiary hearing was held on March 30, 2017. The Government presented three law enforcement witnesses, and Defendant presented one witness, attorney Grant Boyd. Following receipt of the transcript, the parties were provided the opportunity to file post-hearing briefs. Defendant elected not to file a post-hearing brief, and the government filed a post-hearing brief on May 2, 2017. On June 1, 2017, Magistrate Judge Cohen issued a Report and Recommendation (ECF No. 143), recommending Defendant's original Motion to Suppress Statements and Evidence be denied as moot, and that Defendant's Amended Motion to Suppress Statements and Evidence be Denied. Defendant has not filed any objections to the Report and Recommendation, and his time for doing so has

passed.

The Court has reviewed the testimony and exhibits admitted at the hearing. After careful consideration, the Court will adopt and sustain the findings of fact and thorough reasoning of Magistrate Judge Cohen set forth in support of her recommended rulings issued on June 1, 2017.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [ECF No. 143] is **SUSTAINED, ADOPTED, and INCORPORATED** herein

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements and Evidence [ECF No. 104] is **DENIED as moot**, and Defendant's Amended Motion to Suppress Statements and Evidence [ECF No. 107] is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2017.