UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   4:16CR00528 AGF |
| | ) | |
| TODD BECKMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS the United States sought forfeiture of specific property of Defendant Todd Beckman, pursuant to Title 18, United States Code, Section 981(a) and Title 28, United States Code, Section 2461(c), as set forth in the Indictment;

AND WHEREAS, on November 2, 2017, Defendant pleaded guilty to the charge in the Indictment and also entered into a written Plea Agreement regarding the identified property subject to forfeiture;

AND WHEREAS, by virtue of said plea of guilty and written Plea Agreement, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Section 981(a) and Title 28, United States Code, Section 2461(c);

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  That Defendant is ordered to forfeit to the United States any property, real or personal, constituting or derived from any proceeds traceable to his offense.

2.  That the following property belonging to Defendant is hereby forfeited to the United States for the disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853:

a) Real Property known as 905 Gregory Lane, Fenton, Missouri, 63026, together with all appurtenance, improvements, and attachments thereon, and bearing a legal description as:

Parcel 1:
A tract of land in the Southwest Quarter of Section 27, Township 44 North, Range 5 East, in St. Louis County, Missouri, and being more particularly described as follows: Beginning at a point in the West line of said Section 27, said point being the Southwest corner of property firstly described in deed to John Fabick and wife, recorded in Book 5993 page 441, thence North 89 degrees East 261.58 feet to the Southeast corner of said Fabick Tract, thence North 88 degrees East , 410.00 feet to a point, thence South 7 degrees West 667.05 feet to the Northwest corner of property conveyed to Evangel Temple by deed recorded in Book 6565 page 2186, thence North 76 degrees West 256.25 feet to the Northwest corner of said Evangel Temple Tract, thence South 11 degrees West 171.54 feet to the Southwest corner of said Evangel Temple Tract, thence North 78 degrees West 318.24 feet to a point in the West line of said Section 27, thence North 1 degree East along the West line of said Section 27, 691.15 feet to the point of beginning.

Parcel 2:
Lot 7 of Oakwood Plat Number 2, a subdivision of St. Louis, County, Missouri, according to the plat thereof recorded in Plat Book 33, page(s) 8 of the St. Louis County Records and that part of street vacated by Ordinance in Book 7393 page 706;

b) 1999 Ford Van, VIN: 1FTRE14W3XHB18049; and

c) .40 caliber smith and Wesson, Ser. No: HEY7283.

3.   That the aforementioned forfeited property is to be held by the United States, as indicated, in its secure custody and control.

4.   That pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.

2

5.   That pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), this Order is final as to Defendant.

6.   That the United States shall publish notice of this Order and send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture as set forth in Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n).

7.   That upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all of the property to which the United States is entitled will be ordered forfeited, to be disposed of according to law.

So ordered this 19th day of January, 2018.


_Audrey G. Fleissig_
HONORABLE AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE