UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   4:16CR00528 AGF |
| ) | |
| TODD BECKMAN, ) | |
| ) | |
| Defendant. ) | |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

WHEREAS the United States sought forfeiture of specific property of Defendant Todd Beckman, pursuant to Title 18, United States Code, Section 981(a) and Title 28, United States Code, Section 2461(c), as set forth in the Indictment;

AND WHEREAS, on November 2, 2017, Defendant pleaded guilty to the charge in the Indictment and also entered into a written Plea Agreement regarding the identified property subject to forfeiture;

AND WHEREAS, by virtue of said plea of guilty and written Plea Agreement, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Section 981(a) and Title 28, United States Code, Section 2461(c);

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  That Defendant is ordered to forfeit to the United States any property, real or personal, constituting or derived from any proceeds traceable to his offense.

2.  That the following property belonging to Defendant is hereby forfeited to the United States for the disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853:

     a) 1999 Ford Van, VIN: 1FTRE14W3XHB18049; and

     b) .40 caliber smith and Wesson, Ser. No: HEY7283.

3. That the aforementioned forfeited property is to be held by the United States, as indicated, in its secure custody and control.

4. That pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.

5. That pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), this Order is final as to Defendant.

6. That the United States shall publish notice of this Order and send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture as set forth in Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n).

7. That upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all of the property to which the United States is entitled will be ordered forfeited, to be disposed of according to law.

So ordered this _____ day of _____ , 2018.

_____
HONORABLE AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE