UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case Number: 4:16CR00528 AGF |
| ) | |
| vs. ) | Honorable Audrey G. Fleissig |
| ) | |
| BLAKE LAUBINGER, et al,. ) | |
| ) | Petition for Hearing by |
| Defendants. ) | Ford Motor Credit Company, LLC |
| ) | to Adjudicate its Interest in Property |

**PETITION FOR HEARING BY FORD MOTOR CREDIT COMPANY LLC TO ADJUDICATE ITS INTEREST IN PROPERTY**

COMES NOW Ford Motor Credit Company LLC, Petitioner, by its attorney, and pursuant to 21 U.S.C.S. § 853(n)(2) petitions this Court for a hearing to adjudicate the validity of its interest in property sought to be forfeited and states:

**NATURE AND EXTENT OF PETITIONER'S INTEREST**

1. Petitioner Ford Motor Credit Company LLC ("Petitioner" or "FMCC") holds a security interest in the 2014 Ford F-150 Svt Raptor, Vehicle Identification Number 1FTFW1R69EFD03224 ("Property") based on a Vehicle Retail Installment Contract ("Contract") dated December 4, 2014, executed by RACE MT LLC, a Montana limited liability company, and Defendant Todd Beckman, as guarantor, and assigned by the seller to FMCC. A true and correct copy of the Contract is attached and incorporated as Petitioner's Exhibit 1.

2. On or about January 30, 2015, the State of Montana issued a certificate of title on the Property listing FMCC as lien holder. A true and correct copy of the application for title and notice of lien filing are attached and incorporated as Petitioner's Exhibits 2 and 3, respectively.

3. Upon default, the Contract provides that FMCC may repossess the Property.

4. Pursuant to the terms of the Contract (page 2, Section I.1, 3, and 5), RACE MT LLC and Defendant Todd Beckman are in default as a result of:

    a. the Property being secured by a federal authority and not promptly returned;

    b. RACE MT LLC and Defendant Todd Beckman being in monetary default under the Contract as of February 3, 2018, with a payoff balance due of $14,644.27 as of April 30, 2018, with interest thereafter at the contract rate of 3.74% per annum and FMCC's reasonable attorney fees; and

    c. Petitioner's prospect of payment and/or performance is severely impaired as a result of the forfeiture action.

5. Plaintiff's right to immediate possession of the Property is superior to the rights of RACE MT LLC and Defendant Todd Beckman, or any other person or entity, to possession of said Property.

## ADDITIONAL FACTS

6. This Petition for hearing is timely made.

7. A Preliminary Order of Forfeiture (*doc. #217*) as to property of Defendant Blake Laubinger, was entered on January 19, 2018, and said Property was listed in paragraph 2(e) of said Order.

8. Notice of Forfeiture (*doc.# 272*) was published pursuant to Rule 32.2(b)(6) but Petitioner did not receive notice as a potential claimant until August 9, 2018. A true and correct copy of the notice to Petitioner is attached and incorporated as Petitioner's Exhibit 4.

9. This Petition was filed within the thirty (30) days of the receipt of Notice of Forfeiture.

WHEREFORE, Ford Motor Credit Company LLC prays that this Court grant its Petition and set a hearing to adjudicate the validity of its interest in the 2014 Ford F-150 Svt Raptor and for any further relief as deemed just in the premises

Respectfully submitted this 5th day of September, 2018.

KRAMER & FRANK, P.C.

*/s/ Timothy M. Bosslet/Evamarie Kozeny*

TIMOTHY M. BOSSLET, #29483MO
EVAMARIE KOZENY, #40448 MO
Attorneys for Defendant
9300 Dielman Ind. Dr.
St. Louis, MO 63132
(314) 754-6127 PH; (314) 442-2127 FAX
email: Eva.Kozeny@lawusa.com
(RACEEMFOR)
Attorney for Ford Motor Credit Company LLC, Petitioner

## VERIFICATION

STATE OF      ARIZONA          )
                               ) SS
COUNTY OF     MARICOPA         )

KAREN A NICHOLSON
Notary Public
Maricopa County - ARIZONA
Commission Expires:
JULY 13, 2020

Before me personally appeared     Stephanie Dunstan      who, as the Account Services Representative      of Ford Motor Credit Company LLC, declares under penalty of perjury that he/she has read the foregoing Petition and the facts stated therein are true and correct to the best of his/her knowledge, information and belief.

Sworn to and subscribed before me this 4th day of September, 2018.

*/s/ Karen A Nicholson*
NOTARY PUBLIC

My Commission Expires:

JUL 1 3 2020

Page 3 of 4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the U.S. District Court for the Eastern District of Missouri and was delivered by depositing an original in the U.S. Mail, postage prepaid and on the  5th  day of  September , 2018, to:

Stephen Casey
Assistant United States Attorney
U. S. Attorney's Office
Attn: Asset Forfeiture Unit
111 South Tenth Street, 20th Floor
St. Louis, MO 63102