# Petitioner Ford Motor Credit Company LLC'S

# Exhibit 4

## (Notice of Forfeiture to Petitioner)

United States Attorney
Eastern District of Missouri

Asset Forfeiture Unit                 AUG 13 2018

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 20.333    Office (314) 539-2200
St. Louis, Missouri 63102             Fax    (314) 539-2312

Eva Kozeny                                  Date: August 9, 2018
Kramer & Frank PC
On behalf of Ford Motor Credit Company, LLC
9300 Dielman Industrial Dr.
St. Louis, MO 63132

      Re: Notice of Third Party Claimant Procedures for Property Forfeited in <u>United States v. Blake Laubinger</u>, 4:16CR00528 AGF

To Whom It May Concern:

    The United States District Court for the Eastern District of Missouri has ordered that certain property in the above-styled criminal case be forfeited to the United States. The enclosed Notice of Forfeiture describes the property subject to forfeiture and the procedure for filing a legal right, title or interest. By receipt of this letter, you are given actual notice of the forfeiture of the property and of your right to assert a legal interest. Neither a defendant in the criminal case, nor his agent, is entitled to file a petition.

    The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). <u>If you intend to file a petition, you must do so in the above-styled case within thirty (30) days of your receipt of this letter</u>. Your petition to the court must be filed under the above case name and number in the United States District Court for the Eastern District of Missouri with a copy to my office. The appropriate addresses appear in the enclosed Notice of Forfeiture. Your petition shall be signed by a representative of your company under penalty of perjury and shall identify the particular property or properties in which you claim a legal right, title or interest; the nature and extent of such right, title or interest in each property; the time and circumstances of your acquisition of the right, title, and interest in the property; and any additional facts and documents supporting your claim and the relief sought.

                Very truly yours,

                 JEFFREY B. JENSEN
                 United States Attorney

                 STEPHEN CASEY by Milton McDaniel
Enclosure          Assistant United States Attorney