RECEIVED
NOV 04 2019
BY MAIL

October 31, 2019

U.S. District Clerk
United States Courthouse
Eastern District of Missouri
111 South Tenth Street
Room 3.300
St. Louis, MO 63102-1116

RE: USA v. TODD BECKMAN
    Case No. 4:16CR528-AGF-1

Dear Honorable Clerk:

The purpose of this letter is to verify that status of my direct appeal pending disposition. Following sentencing by the U.S. District Court my retained attorney Travis Noble indicated he would file a notice of appeal after being instructed to do so.

I have called his law office to learn what the status of my appeal is on several occassions, however, attorney Noble will not answer my calls. Members of my family have left messages on several occassion with his legal assistants but attorney Noble will not return their calls.

Attorney Noble will not respond to my letters mailed to his law office as well. I spoke with my institution's law clerk and he suggested that I write to U.S. District Court to learn whether attorney Noble file my notice of appeal in this Court.

Thus, I would like to know (1) whether my attorney file a notice of appeal, and (2) whether a direct appeal was filed on my behalf before the United States Court of Appeals for Eighth Circuit.

I look forward to the clerk's office response in the future.

Sincerely,

Todd Beckman
Reg. No. 46405-044
Federal Correctional Institution
P.O. Box 7000
G-Unit
Texarkana, TX 75505
Ph: (903) 838-4587

tb/file

TODD BECKMAN #46405-044
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 7000
G-UNIT
TEXARKANA, TX 75505

SHREVEPORT LA 710

31 OCT 2019 PM 2 L



CLERK, U.S. DISTRICT
UNITED STATES DISTRICT COURTHOUSE
EASTERN DISTRICT OF MISSOURI
111 SOUTH TENTH STREET
ROOM 3.300
ST. LOUIS, MO 63102-1116

RECEIVED
NOV 04 2019
BY MAIL

63102-112325