RECEIVED
APR 24 2020
BY MAIL

Todd Beckman
Id # 46405-044
FCI Texarkana
P.O. Box 7000
Texarkana, Texas 75505

U.S. DISTRICT COURT FOR THE

EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>TODD BECKMAN,<br>Defendant | Case No.: **4:16-CR-00528-AGF-1**<br><br>CASE STATUS |

Defendant Beckman is requesting status from the courts regarding his Supplemental Pleading being Docket 364 of January 8, 2020, in which he is asking this court to "GRANT" Doc. 359 based on the facts presented in his motion.

21st day of April, 2020.

Todd Beckman

COMMITTED NAME: Beckman
REG. NO. & QTRS.: 46405-044
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000

SHREVEPORT LA 710
21 APR 2020 PM 2 L

Clerk of Court
Eastern District of Missouri
Thomas F. Eagleton US Courthouse
111 South 10st Street
St Louis MO. 63102

RECEIVED
APR 24 2020
BY MAIL

63102-112894